IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. CERAJEWSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>VAN RU CREDIT CORPORATION,<br>LVNV FUNDING LLC, RESURGENT CAPITAL<br>SERVICES LP, CAPITAL MANAGEMENT SERVICES,<br>GROUP, INC., D/B/A CAPITAL MANAGEMENT<br>SERVICES, INC., SHERMAN FINANCIAL GROUP,<br>LLC D/B/A SHERMAN ACQUISITIONS LP,<br><br>    Defendants. | 07CV0384<br>JUDGE GOTTSCHALL<br>MAG. JUDGE MASON<br><br>JURY DEMAND<br><br>**FILED**<br>JAN 1 9 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## COMPLAINT

Plaintiff, Daniel J. Cerajewski, brings this complaint against Defendants, Van Ru Credit Corporation, LVNV Funding LLC, Resurgent Capital Services, LP, Capital Management Services Group, Inc., d/b/a Capital Management Services, Inc., Sherman Financial Group, LLC d/b/a Sherman Acquisitions, LP, seeking declaratory relief and damages for violation of the Fair Debt Collection Practices Act, ("FDCPA") and damages caused by Defendants' collection practices.

### *Parties*

1. Plaintiff, Daniel J. Cerajewski, ("Mr. Cerajewski"), is a consumer as defined by the FDCPA. Plaintiff demands a trial by jury.

2. Defendants, Van Ru Credit Corporation, LVNV Funding LLC, Resurgent Capital Services, LP, Capital Management Services Group, Inc., d/b/a Capital Management Services, Inc., Sherman Financial Group, LLC d/b/a Sherman Acquisitions, LP, are debt collectors as

defined by the FDCPA doing business in this district.

### *Jurisdiction and Venue*

3. Federal question jurisdiction arises under the FDCPA.

4. Venue is proper because Defendants VAN RU CREDIT CORPORATION is located in this District and the other Defendants do business in this District.

### *Factual Allegations*

5. Sherman Acquisitions LP, Resurgent Capital Services LP and LVNV Funding LLC are part of the Sherman Companies.

6. The Sherman Companies are in the business of buying and collecting distressed debt portfolios.

7. On information and belief, Sherman Acquisition LP bought a portfolio of debt from Monogram Credit Card Bank of Georgia related to Montgomery Ward accounts.

8. On information and belief, Sherman Acquisition LP transferred an account purportedly owed by Plaintiff to LVNV Funding LLC.

9. On information and belief, Sherman Acquisition, Resurgent Capital Services LP and LVNV Funding LLC. do not have reasonable procedures designed to prevent collection of charged-off debt from consumers whose accounts are paid-in-full, settled-in-full or time-barred.

10. Subsequent to the purchase of the portfolio, Resurgent Capital Services LP Sherman Acquisition, Resurgent Capital Services LP and LVNV Funding LLC initiated collection action against Plaintiff.

11. Resurgent Capital Services LP, Sherman Acquisition LP and LVNV Funding LLC have utilized the services of Defendants Van Ru Credit Corporation and Capital Management Services to collect this debt.

12. Defendants have engaged in continued collection activity despite the fact that this debt was settled in full by Plaintiff in 1999.

13. Defendants continuous attempts to collect upon an aged settled-in-full account are unlawful, abusive, misleading and unfair.

## COUNT I
### Violation of the FDCPA Against Defendants Resurgent Capital Services LP, Sherman Acquisition LP, Resurgent Capital Services LP and LVNV Funding LLC, Van Ru Credit Corporation and Capital Management Services

13. Plaintiff realleges and incorporates paragraphs 1-12 into this count.

14. Within the last 12 months Defendants Resurgent Capital Services LP, Sherman Acquisition, Resurgent Capital Services LP and LVNV Funding LLC, Van Ru Credit Corporation and Capital Management Services have directed collection activity toward Plaintiff with respect to an account referred to as a "Montgomery Ward" account with Account # 506251478.

15. On information and belief, Defendants violated Section 1692c of the FDCPA because, on information and belief, Defendants communicated with third parties, in a manner not permitted by law.

16. Defendants violated Section 1692d because they committed acts the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

17. Defendants violated Section 1692e because they used false, deceptive, and/or misleading representations or means in connection with the collection of any debt.

18. Defendants violated the Section 1692f because they used unfair or unconscionable means to collect or attempt to collect any debt.

19. Plaintiff was damaged as a proximate result of Defendants' violations of the

FDCPA.

WHEREFORE, Plaintiff, Daniel J. Cerajewski, respectfully requests that this Court enter judgment in his favor and against Defendants, Resurgent Capital Services LP, Sherman Acquisition, Resurgent Capital Services LP and LVNV Funding LLC, Van Ru Credit Corporation and Capital Management Services, and award:

    (A)    Actual damages;

    (B)    Statutory damages;

    (C)    Declaratory Relief;

    (D)    Reasonable attorney fees and costs; and

    (E)    Any such other relief the court deems appropriate.

Respectfully submitted,
Daniel J. Cerajewski, Plaintiff

By: _____
One of His Attorneys

Mark T. Lavery
Community Law Center
2536 S. California, Suite BF
Chicago, Illinois 60608
(773) 890-1234